JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRESCENTE GO DE LOS REYES AND LEODEGARIA ROSALES DE LOS REYES, INDIVIDUALS,<br><br>            Plaintiff,<br><br>     v.<br><br>WELLS FARGO BANK, N.A. AKA WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A., et al.,<br><br>            Defendants. | Case No. EDCV 13-01252-VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: <u>November 12, 2013</u>

_____
VIRGINIA A. PHILLIPS
United States District Judge